

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

May 16, 2019

**VIA ECF**
Honorable Judge Cheryl L. Pollack
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Dennis v. Olde Good Things, Inc; No; 1:19-cv-00268-KAM-CLP</u>

Dear Honorable Judge Pollack,

 The undersigned represents Plaintiff Derrick U Dennis (hereinafter "Plaintiff") in the above-referenced matter.

This Letter is submitted in response to the Court's April 18, 2019 Status Report Order. After a failed attempt, Plaintiff has successfully served Defendant Olde Good Things, Inc through its process server on May 8, 2019. The affidavit of service was filed on May 16, 2019 with a notarized signature from the process server swearing under penalty of perjury that all information was true and correct.

Defendant's time to respond or move is due on May 29, 2019.

Thank you.

Respectfully submitted,

/s/ *Jonathan Shalom*
Jonathan Shalom, Esq.